UNITED STATES of America, Plaintiff–Appellee

v.

Scott Allen GIBBONS, Defendant–Appellant.

No. 13–2173.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 30, 2013.

Filed: Jan. 9, 2014.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

602

Before LOKEN, BOWMAN, GRUENDER, Circuit Judges.

PER CURIAM.

Scott Gibbons pleaded guilty to receiving child pornography in violation of 18 U.S.C. § 2252(a)(2). The district court[1] imposed a sentence of 168 months in prison and 10 years of supervised release. On appeal, Gibbons's counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable because it was greater than necessary to achieve the goals of sentencing.

We will apply a presumption of reasonableness to the sentence, which fell within the uncontested Guidelines range, and we therefore conclude that the district court did not abuse its discretion. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly, we affirm the judgment.

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.